|  |  |
|---|---|
|  | UNITED STATES DISTRICT COURT |
|  | DISTRICT OF NEW JERSEY |
| UNITED STATES OF AMERICA : | Hon. Stanley R. Chesler |
| v. : | Criminal Number 07-625 (SRC) |
| BLUE RIDGE ERECTORS, INC., : | <u>ORDER FOR CONTINUANCE</u> |
| FRANCIS IMPECIATI, | |
| a/k/a "FRANK IMPECIATI," and | |
| CRAIG WASK | |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Anthony Moscato, Assistant U.S. Attorney), and defendant Blue Ridge Erectors, Inc. (by John P. McDonald, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that it has the right to have the matter brought to trial within 70 days of the date of the defendant's appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary; and

2. The defendant has consented to the aforementioned continuance; and

3. Under Title 18 of the United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 5/14/08 day of May, 2008,

ORDERED that this matter be, and it hereby is, continued from May 8, 2008 through June 23, 2008;

IT IS ORDERED that the period from May 8, 2008 through June 23, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

_____
HON. STANLEY R. CHESLER
United States District Judge

Form and entry consented to:

_____
Anthony Moscato
Assistant U.S. Attorney

_____
John P. McDonald, Esq.
Counsel for Blue Ridge Erectors