2006R00951

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Stanley R. Chesler

v. : Criminal Number 07-625 (SRC)

BLUE RIDGE ERECTORS, INC. : ORDER FOR DISMISSAL

Under Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Christopher J. Christie, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal Number 07-625 (SRC) against Blue Ridge Erectors, Inc., which Indictment was filed on July 25, 2007, charging the company with conspiracy to make unlawful labor payments and making unlawful labor payments, in violation of Title 18, United States Code, Section 371 and Title 29, United States Code, Section 186, respectively, because further prosecution of these charges is not in the interests of justice and the United States at this time.

This dismissal is without prejudice.

_____
CHRISTOPHER J. CHRISTIE
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. STANLEY R. CHESLER
United States District Judge

Date: 9/11/08